**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING

FEB 2 6 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

CARL WAYNE FOY,

*Petitioner,*

v.

Civil Action No. 5:08cv42
(Judge Stamp)

DAVID BALLARD,

*Respondent.*

### ORDER

On this day the Court considered the Respondent's written "Motion for an Enlargement of Time" and finds that it states proper grounds and appears to be in good faith. It is ORDERED that Respondent has until and including March 30, 2008, to file said answer.

The Clerk is directed to provide copies of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Entered this 26 day of February, 2008.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE

Prepared by:

/s/ *Dawn E. Warfield*
Dawn E. Warfield, Bar Number: 3927
Deputy Attorney General
Attorney for Respondent